UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCAPE HATCH, | No. C 06-3933  WDB |
| Plaintiff, | ORDER FOLLOWING STATUS CONFERENCE |
| v. | |
| AMCO INSURANCE COMPANY, | |
| Defendants. _____ / | |

On March 27, 2007, the Court conducted a status conference in this matter. For reasons more fully explained on the record, the Court ORDERS as follows:

1. In the Second Amended Joint Case Management Statement, the parties indicated that they agreed to refer this case to a Magistrate Judge for all purposes. The case was thereafter referred to the undersigned. **As soon as possible, and by no later than April 6, 2007**, the parties must file a form, a copy of which is attached to this Order, acknowledging their Consent to Magistrate Judge jurisdiction.

2. The parties agreed that they would benefit from an additional thirty days in which to try to settle the case. Accordingly, the Court sets the next <u>telephonic</u> status conference for **Wednesday, April 25, 2007, at 1:30 p.m.**  If the case settles prior to this dates, the parties must notify the Court immediately by calling 510-637-3324. If the case does not settle prior to this date, the parties must appear for the conference. To appear,

1

1 | Plaintiff's counsel must get Defendant's counsel on the line, and contact the Court at 510-637-3909.

3.  If the case does not settle, **by no later than Monday, April 23, 2007, at noon,** the parties must also e-file or fax to 510-637-3327 a Joint Updated Case Management Statement informing the Court what discovery is needed as the case proceeds and whether each party requests a court trial or a jury trial.

IT IS SO ORDERED.

Dated: March 28, 2007

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Parties, WDB, Stats.

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESCAPE HATCH,   No. C 06-3933 WDB

      Plaintiff,

    v.   CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT

AMCO INSURANCE COMPANY,

      Defendant.
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and ordering the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____   _____
                                                          Signature
                                      Counsel for [PLAINTIFF] [DEFENDANTS]

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____   _____
                                                          Signature
                                      Counsel for [PLAINTIFF] [DEFENDANT]