John C. Babin - OSB# 80011
john@babin-keusink.com
BABIN & KEUSINK, P.C.
517 Chetco Avenue
P.O. Box 1600
Brookings, Oregon 97415
Telephone: (541) 469-5331
Facsimile: (541) 469-9865

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

| ESCAPE HATCH, INC., | CASE NO: 06-3933 WDB |
|---|---|
| Plaintiff, | |
| vs. | STIPULATED MOTION FOR ORDER TAKING CASE MANAGEMENT CONFERENCE OFF CALENDAR AND PROPOSED ORDER |
| AMCO INSURANCE COMPANY, | |
| Defendant. | |

Please take notice that the Plaintiff, by and through his attorney, John C. Babin hereby moves this court for an Order taking the Case Management Conference, currently scheduled for Wednesday, April 25, 2007, off calender. This motion is based on the stipulation of the parties accompanying this motion.

Dated:  April 24, 2007

/s/
John C. Babin, CSB# 96305
Attorney for Plaintiff

///

///

///

**ORDER TAKING CASE MANAGEMENT CONFERENCE OFF CALENDAR**

This matter having come before the Court on the Stipulated Motion of Plaintiff to take the Case Management Conference Off Calendar; and based on good cause shown herein;

IT IS HEREBY ORDERED that the Case Management Conference is taken off calendar and the parties are excused from the requirement of filing a joint case management conference statement. The parties are allowed 30 days from the date of this Order in which to file a Stipulated Judgment of Dismissal.

Date: 4/24/2007 _____
UNITED STATES DISTRICT MAGISTRATE JUDGE