John C. Babin - OSB# 80011
john@babin-keusink.com
BABIN & KEUSINK, P.C.
517 Chetco Avenue
P.O. Box 1600
Brookings, Oregon 97415
Telephone: (541) 469-5331
Facsimile: (541) 469-9865

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCAPE HATCH, INC., | CASE NO: 06-3933 WDB |
| Plaintiff, | |
| vs. | STIPULATION FOR GENERAL JUDGMENT OF DISMISSAL AND GENERAL JUDGMENT OF DISMISSAL |
| AMCO INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff, Escape Hatch, Inc., by and through its attorney, John C. Babin of Babin & Keusink, P.C., and defendant, AMCO Insurance Company, by and through its attorney, Karen L. Uno of Long & Levitt, LLP, hereby stipulate that all claims of all parties have been fully resolved and settled, and the parties hereby move the Court for entry of its general judgment of dismissal with prejudice as to all claims of plaintiff and defendants without costs, disbursements, attorney fees or prevailing party fees to any party.

IT IS SO STIPULATED.

Dated: 5/25/07         /c/
                        John C. Babin, CSB# 96305
                        Attorney for Plaintiff

///

///

1   DATE: 5/8/07

2

                /c/
                Karen L. Uno - CSB# 117410
3                 Attorney for Defendant

## GENERAL JUDGMENT OF DISMISSAL

Based upon the stipulation of the above-named parties that this matter has been fully settled and satisfied, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED that this civil action is dismissed with prejudice as to all claims between all parties without costs, disbursements, attorney fees or prevailing party fees to any party.

DATED this 25 day of May, 2007.

_____
United States District Magistrate Judge

SUBMITTED BY:

John C. Babin
BABIN & KEUSINK, P.C.
Attorney for Plaintiff